UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| KEVIN D. MILLER, | ) |
|     Plaintiff, | ) |
| v. | ) CASE NO. 1:07-cv-0231 |
| ACCOUNT MANAGEMENT SERVICES, d/b/a Asset Partners of Western New York, LLC. | ) |
| ACCOUNT MANAGEMENT SERVICES OF NORTH AMERICA, LLC. (f/k/a Account Management Services, LLC. | ) |
| UNIFUND CORPORATION; | ) |
| MERCHANT'S CREDIT GUIDE COMPANY; | ) |
| FINANCIAL RECOVERY SERVICES; AND | ) |
| LVNV FUNDING, LLC; | ) |
| RESURGENT CAPITAL SERVICES, LP; | ) |
| GENESIS FINANCIAL SOLUTIONS, INC. | ) |
| FIRST NATIONAL COLLECTION BUREAU, INC. | ) |
|     Defendants. | ) |

**JURISDICTIONAL STATEMENT**

    Pursuant to this Court's entry (Document No. 109), Defendant First National Collection Bureau, Inc. ("FNCB"), by counsel, submits the following Jurisdictional Statement:

    1.    First National Collection Bureau, Inc. ("FNCB") is a corporation organized and existing under the laws of the State of Nevada.

2.    First National Collection Bureau, Inc.'s ("FNCB") principal business address is 610 Waltham Way, McCarrin, Nevada.

                                                         KIGHTLINGER & GRAY, LLP

                                                         s/Peter A. Velde  
                                                         Peter A. Velde Attorney I.D. No.: 949-49

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, 2008, I electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    Neal R. Blythe
    MEFFORD & WEBER PC
    130 E. Seventh Street
    Auburn, IN 46706-1839

    Todd P. Stelter
    Hinshaw & Culbertson LLP
    222 N. LaSalle St. Suite 300
    Chicago, IL 60601-1081

    John K. Rossman
    Michael S. Poncin
    MOSS & BARNETT PA
    90 South Seventh St. Suite 4800
    Minneapolis, MN 55402-4129

    Holly Brady
    HALLER & COLVIN, P.C.
    444 E. Main St.
    Fort Wayne, IN 46802

And I hereby certify that I have served a copy of the foregoing by first class United States mail postage prepaid, this 22nd day of August, 2008, upon:

    Kevin D. Miller
    431 Ridgemoor Drive #4
    Fort Wayne, IN 46825

                                                                     s/Peter A. Velde
                                                                     Peter A. Velde

KIGHTLINGER & GRAY, LLP
Market Square Center, Suite 600
151 North Delaware Street
Indianapolis, IN 46204
317/638-4521