# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| KEVIN D. MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:07-CV-231 |
| | ) |
| ACCOUNT MANAGEMENT SERVICES | ) |
| d/b/a Asset Partners of Western New York | ) |
| LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## OPINION AND ORDER

Before the Court is a Jurisdictional Statement (Docket # 120) filed by Defendant Unifund CCR Partners on September 2, 2008, stating the following:

> Unifund CCR Partners is a General Partnership, organized under the laws of the state of New York, with its principal place of business in Cincinnati, Ohio. There are two general partners of Unifund CCR Partners: Credit Card Receivables Fund, Inc., an Ohio corporation, and ZP, LP, a Delaware limited partnership.

Unifund's Jurisdictional Statement is inadequate.

As to Credit Card Receivables Fund, Inc., corporations "are deemed to be citizens of the state in which they are incorporated *and* of the state in which they have their principal place of business." *N. Trust Co. v. Bunge Corp.*, 899 F.2d 591, 594 (7th Cir. 1990) (emphasis added). Therefore, the Court must be apprised of both facts with respect to Credit Card Receivables Fund, Inc.

As to ZP, LP, "a limited partnership has the citizenships of each partner, general and limited." *Guar. Nat'l Title Co. v. J.E.G. Assocs.,* 101 F.3d 57, 59 (7th Cir. 1996); *see also Hart v. Terminex Int'l*, 336 F.3d 541, 544 (7th Cir. 2003). Thus, a court "need[s] to know the name and citizenship(s) of its general and limited partners." *Guar. Nat'l Title Co.*, 101 F.3d at 59;

*Meyerson v. Showboat Marina Casino P'ship*, 312 F.3d 318, 320-21 (7th Cir. 2002). Moreover, "the citizenship of unincorporated associations must be traced through however many layers of partners or members there may be." *Meyerson*, 312 F.3d at 320; *see also Ind. Gas Co. v. Home Ins. Co.*, 141 F.3d 314, 316 (7th Cir. 1998) ("[B]oth general and limited partnerships are citizens of every jurisdiction of which any partner is a citizen.").

Therefore, Defendant is ORDERED to filed an amended jurisdictional statement forthwith as to the citizenship of Defendant Unifund CCR Partners, tracing the citizenship of all unincorporated associations through all applicable layers of ownership.

SO ORDERED.

Enter for this 3rd day of September, 2008.

/S/ Roger B. Cosbey
Roger B. Cosbey,
United States Magistrate Judge